Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−21131−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Johnathan Troisi
aka John Troisi
1206 Mohegan Road
Manasquan, NJ 08736

Social Security No.:
    xxx−xx−4946

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 27, 2026.

Dated: March 27, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-21131-MBK |
| Johnathan Troisi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Mar 27, 2026 | Form ID: plncf13 | Total Noticed: 99 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnathan Troisi, 1206 Mohegan Road, Manasquan, NJ 08736-1650 |
| 520854193 | | Citibank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520854195 | | Citizens Bank/First Mark Sevices, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520854194 | | Citizens Bank/First Mark Sevices, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 520854208 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520854216 | + | Nicole Troisi, 1206 Mohegan Road, Manasquan, NJ 08736-1650 |
| 520854226 | | Prosper Funding Webbank, Greenville, SC 29602 |
| 520854237 | | Td Bank/Raymour & Flanigan, Columbia, SC 29202 |
| 520854239 | | Tdrcs/tourneau, Columbia, SC 29202 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Mar 27 2026 21:54:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2026 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Mar 27 2026 21:54:00 | Federal Home Loan Mortgage Corporation as Trustee, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 520854172 | | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2026 21:53:00 | Ally Bank, PO Box 380903, Minneapolis, MN 55438-0903 |
| 520857009 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2026 22:05:33 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890851 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2026 22:05:33 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520854173 | | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2026 21:53:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520854175 | | Email/Text: bncnotifications@pheaa.org | Mar 27 2026 21:53:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 520854174 | | Email/Text: bncnotifications@pheaa.org | Mar 27 2026 21:53:00 | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520889892 | + | Email/Text: bkfilings@zwickerpc.com | | |

District/off: 0312-3 | User: admin | Page 2 of 7
Date Rcvd: Mar 27, 2026 | Form ID: plncf13 | Total Noticed: 99

| | | | |
|---|---|---|---|
| | | Mar 27 2026 21:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520854176 | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:33 | American Express Travel Related Services, PO Box 981537, El Paso, TX 79998-1537 |
| 520854177 | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:21 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 520854179 | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:21 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520854178 | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:33 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520854181 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 27 2026 21:53:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 520854180 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 27 2026 21:53:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520854185 | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2026 21:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520854184 | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2026 21:54:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520854186 | Email/Text: payments@brightmoney.co | Mar 27 2026 21:54:14 | Brightcapita, 50 California St, San Francisco, CA 94111-4624 |
| 520856032 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 27 2026 21:53:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520854188 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 22:05:42 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520854187 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 22:05:42 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520854189 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2026 22:05:18 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520854190 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2026 22:05:42 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 520854191 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2026 22:27:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520854192 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2026 22:05:49 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520854197 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2026 21:54:00 | Comenity Bank/Overstock Cc, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520854196 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2026 21:54:00 | Comenity Bank/Overstock Cc, PO Box 182120, Columbus, OH 43218-2120 |
| 520854199 | Email/Text: mrdiscen@discover.com | Mar 27 2026 21:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 520854198 | Email/Text: mrdiscen@discover.com | Mar 27 2026 21:53:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520973297 | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2026 21:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 520973298 | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2026 21:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 520931760 | Email/Text: mtgbk@shellpointmtg.com | Mar 27 2026 21:53:00 | Federal Home Loan Mortgage Corporation, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520881004 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Mar 27 2026 21:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520854200 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2026 22:05:30 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520854201 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2026 22:05:30 | Jpmcb, Attn: Bankruptcy, PO Box 15298, Monroe, LA 71207-5298 |
| 520920978 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520920977 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520857913 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520854204 | + Email/Text: Documentfiling@lciinc.com | Mar 27 2026 21:53:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 520854205 | + Email/Text: Documentfiling@lciinc.com | Mar 27 2026 21:53:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520854206 | Email/Text: EBNBKNOT@ford.com | Mar 27 2026 21:55:00 | Lincoln Automotive Finance, PO Box 542000, Omaha, NE 68154-8000 |
| 520854207 | Email/Text: EBNBKNOT@ford.com | Mar 27 2026 21:55:00 | Lincoln Automotive Finance, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 520854209 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:24 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 520854229 | Email/Text: EBN@Mohela.com | Mar 27 2026 21:53:00 | Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520854210 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2026 22:05:16 | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520854211 | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:55:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520907263 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520854212 | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:55:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520909064 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 27 2026 21:53:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520854213 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 27 2026 22:05:34 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520854215 | Email/Text: mtgbk@shellpointmtg.com | Mar 27 2026 21:53:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 520854214 | Email/Text: mtgbk@shellpointmtg.com | Mar 27 2026 21:53:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520874153 | + Email/Text: bncnotifications@pheaa.org | Mar 27 2026 21:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 520930999 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2026 21:53:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 520854220 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2026 21:53:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520854219 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2026 21:53:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |

| | | | |
|---|---|---|---|
| 520898355 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 27 2026 22:05:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520854222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 27 2026 22:05:22 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520854223 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 27 2026 22:05:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520854225 | | Email/Text: ProsperBK@prosper.com | |
| | | Mar 27 2026 21:54:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520854221 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 27 2026 22:05:22 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520854224 | | Email/Text: ProsperBK@prosper.com | |
| | | Mar 27 2026 21:54:00 | Prosper Funding LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 520911010 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 27 2026 21:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520924293 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 27 2026 21:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520854227 | | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Mar 27 2026 21:55:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520877604 | | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Mar 27 2026 21:55:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520863558 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Mar 27 2026 21:55:00 | Santander Consumer USA d/b/a Chrysler Capital, as servicer for CCAP Auto Lease Ltd., PO Box 961275, Fort Worth, TX 76161-0275 |
| 520865085 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 27 2026 22:05:23 | Sofi Lending Corp., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520854228 | | Email/PDF: SoFiBKNotifications@resurgent.com | |
| | | Mar 27 2026 22:05:19 | Sofi Lending Corp/Mohela, PO Box 654081, Dallas, TX 75265-4081 |
| 520854231 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 27 2026 22:05:29 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520854230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 27 2026 22:05:22 | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520854232 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 27 2026 22:05:41 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520854234 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 27 2026 22:05:16 | Synchrony Bank/Climate Select, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520854233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 27 2026 22:05:41 | Synchrony Bank/Climate Select, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520854235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 27 2026 22:05:41 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520854236 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 27 2026 22:05:29 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 520867082 | ^ | MEBN | |
| | | Mar 27 2026 21:52:58 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520854238 | | Email/Text: bankruptcy@td.com | |
| | | Mar 27 2026 21:55:00 | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520854240 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Mar 27 2026 21:54:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 520854243 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | |
| | | Mar 27 2026 21:55:00 | US Bank NA Retail Le, Attn: Bankruptcy, 800 |

|  |  |  | Nicollet Mall, Minneapolis, MN 55402-2511 |
| 520854242 | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Mar 27 2026 21:54:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520854241 | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Mar 27 2026 21:54:00 | Upstart Finance, PO Box 1503, San Carlos, CA 94070-7503 |
| 520854245 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Mar 27 2026 21:53:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 520854244 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Mar 27 2026 21:53:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 520854249 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 27 2026 22:05:44 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 520854248 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 27 2026 22:05:20 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 520916288 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Mar 27 2026 22:05:19 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520854250 | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | Mar 27 2026 22:05:31 | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 90

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520854182 | | Bank of America N A |
| 520854183 | | Bank of America N A |
| 520877559 | | Bank of America N A |
| 520877560 | | Bank of America N A |
| 520854202 | | Jpmorgan Chase Bank NA |
| 520854203 | | Jpmorgan Chase Bank NA |
| 520877579 | | Jpmorgan Chase Bank NA |
| 520877580 | | Jpmorgan Chase Bank NA |
| 520854217 | | North Star Consultation Services, 5450 Second Avenue, |
| 520877594 | | North Star Consultation Services, 5450 Second Avenue, |
| 520854218 | | Pittsburgh, PA 15207 |
| 520877595 | | Pittsburgh, PA 15207 |
| 520854246 | | Wells Fargo Bank N A |
| 520854247 | | Wells Fargo Bank N A |
| 520877622 | | Wells Fargo Bank N A |
| 520877623 | | Wells Fargo Bank N A |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 520877550 | * | Ally Bank, PO Box 380903, Minneapolis, MN 55438-0903 |
| 520877552 | * | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 520877551 | * | American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 520877553 | * | American Express Travel Related Services, PO Box 981537, El Paso, TX 79998-1537 |
| 520877554 | * | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 520877556 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520877555 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520877558 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 520877557 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520877562 | * | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520877561 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520877563 | * | Brightcapita, 50 California St, San Francisco, CA 94111-4624 |
| 520856033 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |

| 520877565 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520877564 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520877566 | * | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520877567 | * | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 520877568 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520877569 | * | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520877570 | * | Citibank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520877572 | * | Citizens Bank/First Mark Sevices, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520877571 | * | Citizens Bank/First Mark Sevices, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 520877574 | * | Comenity Bank/Overstock Cc, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520877573 | * | Comenity Bank/Overstock Cc, PO Box 182120, Columbus, OH 43218-2120 |
| 520877576 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 520877575 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520877577 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520877578 | * | Jpmcb, Attn: Bankruptcy, PO Box 15298, Monroe, LA 71207-5298 |
| 520877581 | *+ | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 520877582 | *+ | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520877583 | * | Lincoln Automotive Finance, PO Box 542000, Omaha, NE 68154-8000 |
| 520877584 | * | Lincoln Automotive Finance, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 520877585 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520877586 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 520877607 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520877587 | * | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520877588 | * | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520877589 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520877590 | * | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520877592 | * | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 520877591 | * | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520877593 | *+ | Nicole Troisi, 1206 Mohegan Road, Manasquan, NJ 08736-1650 |
| 520877597 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520877596 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 520877599 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520877600 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520877602 | *P++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909, address filed with court:, Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520877598 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520877601 | * | Prosper Funding LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 520877603 | * | Prosper Funding Webbank, Greenville, SC 29602 |
| 520877605 | * | Santander Consumer USA, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520877606 | * | Sofi Lending Corp/Mohela, PO Box 654081, Dallas, TX 75265-4081 |
| 520877609 | *+ | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520877608 | * | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520877610 | * | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520877612 | * | Synchrony Bank/Climate Select, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520877611 | *+ | Synchrony Bank/Climate Select, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520877613 | *+ | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520877614 | * | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 520877615 | * | Td Bank/Raymour & Flanigan, Columbia, SC 29202 |
| 520877616 | * | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520877617 | * | Tdrcs/tourneau, Columbia, SC 29202 |
| 520877619 | * | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520877618 | * | Upstart Finance, PO Box 1503, San Carlos, CA 94070-7503 |
| 520877621 | * | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 520877620 | * | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 520877625 | * | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 520877624 | * | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 520877626 | * | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |
| 520854251 | * | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

District/off: 0312-3                     User: admin                                      Page 7 of 7
Date Rcvd: Mar 27, 2026                  Form ID: plncf13                                 Total Noticed: 99

520877627        *        Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393

TOTAL: 16 Undeliverable, 72 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Johnathan Troisi bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Laura M. Egerman | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2023-1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2023-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6